**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alexander Taborda BRAVO,**
**Defendant–Appellant.**

**No. 11–13545**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 7, 2012.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, U.S. Attorney's Office, Miami, FL, William H. Beckerleg, Jr., Lynn D. Rosenthal, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Robert N. Berube, Robin J. Farnsworth, Federal Public Defender's Office, Fort Lauderdale, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Alexander Taborda Bravo, Miami, FL, pro se.

Before WILSON, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Robin Joy Farnsworth, appointed counsel for Alexander Taborda Bravo, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bravo's conviction and sentence are **AFFIRMED**.